# EXHIBIT A

**Jacqueline M. Hollingsworth**
Program Director
From The Inside/Out Program
4120 Handley Avenue
Louisville, Kentucky 40218
(502) 795-6546

August 24, 2018

**The Honorable Karen K. Caldwell**
United States Chief Judge
US District Court
101 Barr Street
Lexington, Kentucky 40507

Re: Bradley Alvin White

Dear Judge Caldwell:

I am writing this letter on behalf of **Bradley A. White** whose case is before you for final adjudication and sentencing. Judge Caldwell, I write this letter with the most sincere tone I could ever have. My background consists of 18 years of service as a police officer for the Louisville Metro Police Department coupled by 26 years of community service as a Drug, Gang, and Violence Prevention Specialist. I have served in the Jefferson County Public Schools for well over 20 years in effort of combating the war on drugs, gangs, and violence throughout Kentucky.

In 2014 I created a program under the Brothers Keeper initiative directed by President Barack Obama. During this program I sent out a cry for help looking for young people that had already completed high school or college that had faced their most critical challenges trying to resist the pitfalls of drugs and violence. In 2017 a young man voluntarily came into my program with the greatest attitude and a willingness to step directly up to the plate. He was accompanied by another young man a both told me they were ready and willing to do all they could to remedy any wrongs they had done in their past. Bradley White advised me that one of the greatest problems was that they both were now paraplegic and were both victims of gunshot violence. They were both eager and willing to help me make a difference for the kids out here in our community.

I was able to make accommodations to transport them upon learning myself how to service their chairs, disassemble them and adequately place both in my vehicle which was a skill all its own. Both suffer with multiple disabilities such as colostomy bags, catheters, and a host of pain meds to accommodate the pain. I willingly learned how long we could stay before they needed to be out of the chairs as well as dealing with complications from needing medical assistance after so many hours of being away. Despite all these factors Bradley White never missed an opportunity to speak to the kids.

Every week I would receive messages requesting if we could go out and speak so that he could reach more young people. We have been to numerous public schools and targeted JCPS kids

that were at Behavior programs especially. We wanted their heart felt messages to resonate with kids that even contemplated getting involved with drugs or violence. Bradley eagerly shared his story of how he and his two friends were all shot and how he immediately became paralyzed during that tragedy. He revealed his wounds and expressed numerous times to the kids how the sentence he is currently serving was a life changing ordeal that he will serve out in that chair.

When I tell you your Honor the drive and ambition that Bradley possesses makes a difference in the lives of our young people that hear it. Unfortunately my programs are voluntary and for every speaking engagement that he attended he received nothing more than lunch. Most adults would never get up as early as 7 am and be ready to speak without receiving something tangible for their services but not Bradley White. This speaks volume to the eagerness of his passion to help save the young people out here. Let alone a young man that has children of his own that he takes time to play an active role in their lives.

He has been passionate about providing for his children and despite trying to acquire disability since the accident occurred he has been desperately trying to find gainful employment. He worked so hard trying to convince many employers that he was willing to try to do all he could despite being paralyzed. I was so excited from him calling me to tell me that Goodwill Industries had finally given him a job. I was just as excited because I knew that would give him a sense of purpose as a father, but most of all as a Man! Had I not experienced and witnessed his struggles first hand I would not be writing to you and pleading to you to find that space in your heart to see the person that I know….the person that I now love as my own Nephew is what I now call him so he can bring his messages and journey back out there to help me save the kids!

I can assure you that I will continue to serve as a concentric circle of support in his life, and will work alongside him even through this journey. I pray that you take a few minutes to review the attached pictures of us at a few of the events this past school year for your consideration. I am begging again with my most sincere pleas for your full consideration and I most humbly thank you for giving me your time.

With warm regards,

*Jacqueline M. Hollingsworth*

Jacqueline M. Hollingsworth
Program Director


JMH: Picture attachments